IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BALCH & BINGHAM LLP, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| CENTERS FOR MEDICARE AND MEDICAID SERVICES, | 2:14-cv-00028-WMA |
| Defendant. | |

## DEFENDANT'S MOTION FOR A STAY OF PROCEEDINGS

COMES NOW Defendant Centers for Medicare and Medicaid Services (CMS), by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and, pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), moves this Court for a stay of proceedings for a three (3) month period to permit Defendant to finish processing Plaintiff's two Freedom of Information Act (FOIA) requests or in the alternative, permit Defendant to release the responsive documents on a rolling basis.

1

As a basis for this motion for stay, the Defendant states that exceptional circumstances exist and CMS is exercising due diligence in responding to the pending FOIA requests.

This motion is supported by the pleadings herein, the attached five exhibits, and a separately-filed supporting memorandum of law.

                                                      Respectfully submitted,

| OF COUNSEL: | Joyce White Vance<br>United States Attorney |
|---|---|
| William B. Schultz<br>General Counsel | s/ Edward Q. Ragland<br>Edward Q. Ragland |
| Dana Petti<br>Chief Counsel, Region IV | Assistant U. S. Attorney<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203 |
| Melinda McKinnon<br>Assistant Regional Counsel<br>U. S. Department of<br>   Health and Human<br>   Services | (205) 244-2109 (tel)<br>(205) 244-2181 (fax)<br>ed.ragland@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2014, I electronically filed the foregoing with the attached five exhibits with the Clerk of the Court using the CM/ECF system which will send notice of the above to Plaintiff's attorneys of record as follows:  M. Talmadge Simpson and Richard E. Glaze, Jr.

*/s/Edward Q. Ragland*
Edward Q. Ragland
Assistant United States Attorney